IN THE COURT OF CRIMINAL APPEALS

OF TEXAS





NOS. 61,233-05 & 61,233-06






ROBERT RORY HOHN, Relator


v.


THE DISTRICT CLERK OF LIBERTY COUNTY, Respondent






ON APPLICATION FOR A WRIT OF MANDAMUS

CAUSE NOS. CR-21,365-B & CR-21,294-B 

IN THE 253RD JUDICIAL DISTRICT COURT 

FROM LIBERTY COUNTY





 Per curiam.


O R D E R




 These are original applications for writs of mandamus.

 Relator contends the State submitted Proposed Findings of Fact and Conclusions of Law,
which were adopted by the habeas court, but that he has not received a copy of the findings as
required by Article 11.07, § 7, V.A.C.C.P. Relator's contentions present a colorable claim.

 It is this Court's opinion that additional information is required before a decision can be
reached. Therefore, the respondent, District Clerk of Liberty County, is ordered to file with this
Court within thirty days a response by stating whether the record contains a copy of the Proposed
Findings of Fact and Conclusions of Law, which were adopted by the habeas court, and whether a
copy of such has been forwarded to Relator.

 IT IS SO ORDERED this the 25TH day of April, 2007.

DO NOT PUBLISH